UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X

EDDIE A. CRUZ, SR. AND CAROLYN CRUZ

Plaintiff,

-against-

JEREMY ORENSTEIN, INDIVIDUALLY AND AS A
SERGEANT OF THE NEW YORK CITY POLICE
DEPARTMENT, SEAN MCCARREN, (SHIELD NO.
14154), INDIVIDUALLY AND AS A POLICE OFFICER
OF THE NEW YORK CITY POLICE DEPARTMENT,
JASON BIANCHINI, INDIVIDUALLY AND AS A
POLICE OFFICER OF THE CITY OF NEW YORK
POLICE DEPARTMENT ASSIGNED TO THE 104TH
PRECINCT ON MARCH 6, 2011, SEAN HYNES,
INDIVIDUALLY AND AS A POLICE OFFICER OF
THE NEW YORK CITY POLICE DEPARTMENT
ASSIGNED TO THE 104TH PRECINCT ON MARCH 6,
2011, JEREMIAH WINTER, INDIVIDUALLY AND AS
A POLICE OFFICER OF THE NEW YORK CITY
POLICE DEPARTMENT ASSIGNED TO THE 104TH
PRECINCT ON MARCH 6, 2011, THE CITY OF NEW
YORK, AND THE NEW YORK CITY POLICE
DEPARTMENT.

Defendants.

------------------------------------------------------------------------- X

**STIPULATION AND ORDER
OF DISMISSAL**

12 CV 2789 (RRM)(CLP)

   **WHEREAS,** all parties have now reached a settlement agreement and now desire

to resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, as follows:

   1.  The above-referenced action is hereby dismissed with prejudice.

   2.  Notwithstanding the dismissal of this action in accordance with this agreement,

the District Court shall continue to maintain jurisdiction over this action for the purpose of

enforcing the terms of the settlement agreement reached between the parties and set forth in the

Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York

October 16 , 2013

James Harding, Esq.
*Attorney for the Plaintiffs*
26 Court Street, Suite 1903
Brooklyn, NY 11242

MICHAEL A. CARDOZO
Corporation Counsel of the City of New
York
Attorney for Defendants
100 Church Street, Room 3-217
New York, New York  10007
(212) 356-2411

By: _____
    James Harding, Esq.
    Harding & Moore
    80-59 Lefferts Boulevard
    Kew Gardens, NY 11415

By: _____
    Andrew Wenzel
    Assistant Corporation Counsel

SO ORDERED:

_____
HONORABLE ROSLYNN R. MAUSKOPF, U.S.D.J.